UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ELKE SPECKER, | Case No.: 15cv2567 NLS (JMA) |
|---|---|
| Plaintiff, | **ORDER SCHEDULING MANDATORY SETTLEMENT CONFERENCE** |
| v. | |
| MICHAEL KAZMA, an individual, et al., | |
| Defendants. | |

A Mandatory Settlement Conference will be held in the chambers of Magistrate Judge Jan M. Adler on **June 13, 2017** at **10:00 a.m.**, Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, California. Counsel shall submit settlement statements to Magistrate Judge Adler's chambers no later than **June 6, 2017**.[1]  The parties may either submit confidential settlement statements or may exchange their settlement statements.

**All named parties, all counsel, and any other person(s) whose**

---

[1] Statements under 20 pages in length, including attachments and exhibits, may be e-mailed to efile_adler@casd.uscourts.gov, faxed to (619) 702-9939, or delivered to chambers via the Office of the Clerk of Court at 333 West Broadway, Suite 420, San Diego, California. Statements exceeding 20 pages in length, including attachments and exhibits, must be delivered to chambers via the Office of the Clerk of Court.

1  **authority is required to negotiate and enter into settlement shall appear <u>in</u>**
2  **<u>person</u> at the conference**.  **The individual(s) present at the Mandatory**
3  **Settlement Conference with settlement authority must have the unfettered**
4  **discretion and authority on behalf of the party to:  1) fully explore all**
5  **settlement options and to agree during the conference to any settlement**
6  **terms acceptable to the party (*G. Heileman Brewing Co., Inc. v. Joseph Oat***
7  ***Corp.*, 871 F.2d 648, 653 (7th Cir. 1989)), 2) change the settlement position**
8  **of a party during the course of the conference (*Pitman v. Brinker Int'l, Inc.*,**
9  **216 F.R.D. 481, 485-86 (D. Ariz. 2003)), and 3) negotiate a settlement without**
10 **being restricted by any predetermined level of authority (*Nick v. Morgan's***
11 ***Foods, Inc.*, 270 F.3d 590, 596 (8th Cir. 2001)).**  Governmental entities may
12 appear through litigation counsel only.  As to all other parties, appearance by
13 litigation counsel only is <u>not</u> acceptable.  Retained outside corporate counsel
14 <u>shall not</u> appear on behalf of a corporation as the party who has the authority to
15 negotiate and enter into a settlement.
16       **The failure of any counsel, party or authorized person to appear at the**
17 **Mandatory Settlement Conference as required shall be cause for the**
18 **immediate imposition of sanctions.**  All conference discussions will be
19 informal, off the record, privileged, and confidential.
20       **IT IS SO ORDERED**.
21 Dated:  July 25, 2016

                                          Honorable Jan M. Adler
                                          United States Magistrate Judge